UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 10-80561-CIV-HURLEY/HOPKINS

THE LEARNING EXPERIENCE
SYSTEMS, LLC, et al.,

    Plaintiff,

v.

FOXBOROUGH CHILD CARE,
LLC, et al.,

    Defendant.

_____/

## ORDER ADOPTING REPORT AND RECOMMENDATION OF MAGISTRATE JUDGE, DENYING PLAINTIFFS' AMENDED MOTION FOR PRELIMINARY INJUNCTION, AND DENYING DEFENDANTS' CROSS MOTION FOR PRELIMINARY INJUNCTION

**THIS CAUSE** is before the court upon plaintiffs' amended motion for preliminary injunction [DE # 8], defendants' cross motion for preliminary injunction [DE # 36], and the report and recommendation of the Honorable James M. Hopkins, United States Magistrate Judge, recommending that the court deny both motions [DE # 60]. No objections were filed to the Magistrate Judge's report.

Having carefully reviewed the report and recommendation, the court finds the resolution of the issues as recommended by Magistrate Judge Hopkins to be sound and well reasoned. The court therefore adopts those recommendations.

Accordingly, it is hereby **ORDERED** and **ADJUDGED**:

1.     The Report and Recommendation of the United States Magistrate Judge [DE # 60] is **ADOPTED** in its entirety and **INCORPORATED** herein by reference.

Order Adopting R & R of Magistrate Judge
The Learning Experience Systems, LLC, et al. v. Foxborough Child Care, LLC, et al.
Case No. 10-80561-CIV-HURLEY/HOPKINS

    2.    Plaintiffs' amended motion for preliminary injunction [DE # 8] is **DENIED**.

    3.    Defendants' cross motion for preliminary injunction [DE # 36] is **DENIED**.

**DONE** and **SIGNED** in Chambers at West Palm Beach, Florida this 9th day of September, 2010.

*[signature]*
Daniel T. K. Hurley
United States District Judge

*Copies provided to counsel of record*